# EXHIBIT B

**Martin, Michelle D**

| | |
|---|---|
| **From:** | Martin, Michelle D |
| **Sent:** | Friday, June 30, 2023 9:59 AM |
| **To:** | Hogg, Carey L; 'careyhogg@mac.com' |
| **Cc:** | Martin, Michelle D; Brandon, Arlene M; Moody-Adams, Simona L; Topps-Harjo, Aja R; Maalouf, Wendy H |
| **Subject:** | Notice of Right to File (NRF) a Formal EEO Complaint, re: Carey Hogg #DOS-I-256-23 |
| **Attachments:** | DS-3079 Formal Complaint Form 2017.pdf; DS-3079 Formal Complaint Form.far; ADR Fact Sheet (revised) (2).docx; Carey Hogg NRF.pdf |
| **Importance:** | High |

Good Morning Ms. Hogg;

How are you doing today? Agencies are required to process request for ADR in the informal EEO administrative process within ninety (90) calendar days of the date of the initial contact with an EEO representative or office. Our records reflect that your initial contact was on April 3, 2023, which means that the processing of your informal EEO complaint through the Department's EEO/ADR Program will concluded on, July 2, 2023.

Therefore, the attached Notice of Right to File (NRF) a Formal Complaint is issued, which officially closes your informal EEO complaint, #DOS-I-256-23.

> **DS-7670 - Notice of Right to File (NRF)**: You must immediately read, sign, date and return the 2nd page of this document to me via e-mail to my attention at martinmd3@state.gov. **Please note that simply sending the signed NRF, DOES NOT mean that you filed a formal EEO complaint.**
>
> **Formal Complaint:** If you elect to file a formal complaint, you have fifteen (15) calendar days from the date you receive the NRF to file the complaint by following the instructions included with the attached blank formal complaint forms. The complaint must be submitted directly to S/OCR via e-mail: SOCRComplaintChannel@state.gov or fax to (202) 647-4969.

Please confirm receipt of this e-mail and send me the signed NRF (DS-7670) immediately.

If you have any questions or concerns, please let me know.

*Michelle*

Michelle Martin
EEO ADR and Compliance

U.S. Department of State

Office of Civil Rights (S/OCR)

# NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

**Date:** 06-30-2023 *(mm-dd-yyyy)*

**To: Aggrieved** Ms. Carey Hogg

**From: EEO/ADR Specialist** Michelle Martin

On May 19, 2023 *(Date)*, the Department's Office of Civil Rights *(S/OCR)* received your election of S/OCR's Alternative Dispute Resolution Program *(EEO/ADR)* to process your informal EEO complaint through mediation. However, *(check one of the following boxes)*

- [X] **S/OCR was unable to process your complaint within the required 90 day time period.**
- [ ] **S/OCR declined your request to process your informal EEO complaint through the Department's EEO/ADR Program. Reason declined:**

- [ ] **You withdrew your election to process your informal EEO complaint through the Department's EEO/ADR Program.**
- [ ] **No agreement was reached through the Department's EEO/ADR Program.**

Because the matter has not been resolved, under the provisions of 29 C.F.R. § 1614, you have the right to pursue a formal EEO complaint in the administrative process. Therefore, this letter serves as your Notice of Right to File a Formal EEO complaint.

If you elect to file a formal EEO complaint on the issues raised in your informal EEO complaint, it must be submitted on the attached DS 3079 Formal Complaint of Discrimination Form within 15 calendar days of your receipt of this Notice.

The formal EEO complaint may be filed in person, faxed, or mailed to the following official authorized to receive discrimination complaints:

**Director**
**U.S. Department of State**
**Office of Civil Rights**
**2201 C Street, NW, Room 7428**
**Washington, DC 20520**

You must not submit your formal EEO complaint to me, as I am not authorized to receive it on behalf of S/OCR.

Your formal EEO complaint must be specific and limited to the only matter(s) raised in the pre-complaint process. It must also state whether or not you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same matters.

Upon receipt of your formal EEO complaint, you will receive written notification from the Office of Civil Rights. In addition, you must keep the Department informed of your current address. Your failure to do so could result in the dismissal of your EEO complaint.

In accordance with the regulations at 29 C.F.R. § 1614.102 (b)(2), agencies are required to make their alternative dispute resolution programs available during both the pre-complaint process and the formal complaint process. Therefore, you have the right to seek resolution of your formal EEO complaint through the EEO/ADR program.

Should you have any questions or concerns, please contact me via e-mail or at telephone number BrandonAM@state.gov .

Attachments:

- DS 3079 Formal Complaint of Discrimination
- DS 5086 ADR Form
- Discrimination Complaints Process Fact Sheet
- Alternative Dispute Resolution *(ADR)* Fact Sheet

Acknowledgement of Receipt:

Aggrieved's Signature ________________ Date *(mm-dd-yyyy)* ________________