# EXHIBIT C

U.S. Department of State

Office of Civil Rights (S/OCR)

# FORMAL COMPLAINT OF DISCRIMINATION

| PRIVACY ACT STATEMENT (5 U.S.C. § 552(a)) | |
|---|---|
| AUTHORITY | Public Law 92-261 |
| PRINCIPAL PURPOSE | Used for processing complaints of discrimination because of race, color, national origin, sex (including pregnancy and gender identity), religion, age, physical or mental disability, genetic information, sexual orientation, or reprisal for prior EEO activity or opposition to illegal discrimination. Complaints can be submitted by Department of State employees, former employees, applicants for employment, and some contract employees. |
| ROUTINE USES | Information will be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts; (b) to respond to general requests for information under the Freedom of Information Act; (c) to respond to requests from legitimate outside individuals or agencies (White House, Congress, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or (d) to adjudicate a complaint or appeal. |
| DISCLOSURE | Voluntary, however, failure to complete all appropriate portions of this form may lead to a delay in processing and/or rejection of the complaint on the basis of inadequate data to continue processing. |

## COMPLAINANT CONTACT/PERSONAL INFORMATION

1. Name *(Last, First, MI.)*: Hogg Carey

2. U.S. Citizen: [X] Yes [ ] No

3. Home Telephone *(Include area code or country code if overseas)*: 480-414-2707

4. Home E-Mail Address: careyhogg@mac.com

5. Mailing Address *(Include ZIP code, if applicable)*: 15875 E Trevino Dr, Fountain Hills, AZ 85268

6. Work Telephone *(Include area code or country code if overseas)*:

7. Work E-Mail Address: hoggcl@state.gov

8. Work Address: 2201 C St, NW, Washington, DC 20520

9. Are you working for the Federal government? [X] Yes [ ] No

10. Aggrieved is a(n): [X] Employee [ ] LE Staff [ ] Other *(Specify)* ____ [ ] Applicant [ ] *Contractor - You must provide a copy of your hiring contract at the same time you file this complaint

11. Title and Grade of Current Position: NET CELL LEAD, GS-14

12. Current Employer: U.S. Department of State

## REPRESENTATIVE/ATTORNEY INFORMATION

13. Do you have a representative? [X] Yes [ ] No

14. If yes, provide name of representative. Aaron H. Szot, Kalijarvi, Chuzi, Newman & Fitch, P.C.

15. Is your representative an attorney? [X] Yes [ ] No

16. Address: 818 Connecticut Ave, NW, Suite 1000, Washington, DC 20006

17. Telephone *(Include area code)*: 202-331-9260

18. E-Mail: ASzot@kcnlaw.com

## COMPLAINT INFORMATION

19. Bureau/Office/Post Where Discrimination Allegedly Took Place: R/GEC

20. Date(s) Alleged Discrimination Occurred

| 03-01-2023 to present | | | | |
|---|---|---|---|---|
| *(mm-dd-yyyy)* | *(mm-dd-yyyy)* | *(mm-dd-yyyy)* | *(mm-dd-yyyy)* | *(mm-dd-yyyy)* |

21. Why do you believe you were discriminated against? *(Check all that apply and specify.)*

- [ ] Race
- [ ] Color
- [ ] Age *(mm-yyyy)*
- [ ] Genetic Information
- [ ] National Origin
- [ ] Religion
- [ ] Sex
  - [ ] Pregnancy
  - [ ] Gender Identity
  - [ ] Sexual Orientation
- [x] Disability *(Check all that apply and specify)*
  - [ ] Mental
  - [x] Physical AHI and TBI
- [x] Reprisal *(Provide date. Check all that apply, and specify)*
  - Date *(mm-dd-yyyy)* see below
  - [x] Engaging in prior protected activity *(Specify)* filed informal EEO complaint on May 2, 2023
  - [x] Opposing discriminatory policies or practices *(Specify)* Requested RA in or around Nov. 2019 and Mar. 2023
- [ ] Other *(e.g., Veteran's preference, marital status, etc.)*

22. Did you discuss your complaint with an EEO Counselor?

[x] Yes [ ] No

| 23. Name of EEO Counselor | 24. Date Notice of Right to File Received *(mm-dd-yyyy)* |
|---|---|
| Lina Dobysh | 06-30-2023 |

25. Explain specifically how you were discriminated against (treated differently from other employees or applicants) because of your race, color, national origin, sex, religion, age, physical or mental disability, protected genetic information, sexual orientation, or reprisal for prior EEO activity or opposition to illegal discrimination.
*(Space will expand to fit. Attach additional sheets if necessary. To print the additional pages (addendum), check the print addendum box in the right hand corner of the print dialog box.)*

See attached.

26. What remedies and relief are you seeking?

*(Space will expand to fit. Attach additional sheets if necessary. To print the additional pages (addendum), check the print addendum box in the right hand corner of the print dialog box.)*

See attached.

27. Have you filed a grievance on the matter(s)?

[x] No [ ] Yes Grievance Date Filed *(mm-dd-yyyy)*

28. Have you filed an appeal with Merit Systems Protection Board (MSPB) on the matter(s)?

[x] No [ ] Yes Appeal Date Filed *(mm-dd-yyyy)*

| 29. Complainant's Signature | Date *(mm-dd-yyyy)* |
|---|---|
| [signature] | 07-14-2023 |

## INFORMATION CONCERNING THE PROCESSING OF YOUR COMPLAINT

READ INSTRUCTIONS CAREFULLY

This form should be used if you, as an employee or applicant for employment with the U.S. Department of State, believe that you have been discriminated against because of your race, color, national origin, sex (including pregnancy and gender identity), religion, age, physical or mental disability, protected genetic information, sexual orientation, or reprisal for prior EEO activity or reprisal for prior EEO activity or opposition to illegal discrimination.

Your written complaint must be filed within **15 CALENDAR DAYS** of the date you received a "Notice of Right to File a Complaint." Failure to submit a timely complaint can result in the dismissal of your formal complaint in accordance with 29 C.F.R. § 1614.107.

**Your EEO Counselor is not authorized to receive your formal complaint on behalf of the Office of Civil Rights (S/OCR).** Your complaint must be submitted directly to S/OCR by email, fax or mail at the contact information provided below.

Email: SOCRComplaintChannel@state.gov
Fax: (202) 647-4969
Telephone: (202) 647-9295
Mailing Address: U.S. Department of State
2201 C Street, NW, Room 7428
Washington, DC 20520-7428

**Submitting your complaint by email is the recommended method to ensure prompt processing of your formal complaint.** If filing by mail, please allow at least 15 calendar days for receipt.

Please be specific in stating the facts concerning your complaint when completing this form. Keep in mind that you may agree to resolve your complaint at any stage in the process. Also, you may have a representative at all stages of the processing of your complaint.

If your complaint is dismissed, you will be advised in writing of the reason(s) and informed of your right to appeal to the Equal Employment Opportunity Commission (EEOC).

If your complaint is accepted, you will have an opportunity to talk with an investigator and to give him/her all the testimonial and documentary evidence that you believe will support your complaint. Upon completion of the investigation of your complaint, you will receive a copy of the investigative file. At that time you may request either: (1) an immediate final decision from the Department of State based on the evidence in the file, or (2) a hearing and decision from an EEOC Administrative Judge.

The Director for Civil Rights issues a Final Agency Decision based on the file or a Final Order based on a decision from the EEOC. If you are not satisfied with the agency's decision or Final Order, you will have the right to file an appeal with the EEOC's Office of Federal Operations:

Fax: (202) 663-7022

Mailing Address: EEOC Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

To be timely, you must file your appeal within 30 calendar days of your receipt of the Final Agency Decision or Final Order.

For questions concerning the discrimination complaint process or completion of this form, contact S/OCR by using the contact information listed above.

**<u>Attachment to Formal Complaint of Discrimination</u>**
**Hogg, Carey**

**Box 7:**
I was discriminated against and subjected to a hostile work environment based on my disabilities (AHI and TBI) and/or in reprisal for my prior protected activity (filing an EEO complaint and requesting reasonable accommodation), when:

(1) On March 1, 2023, my former supervisor and former Acting Director of the GEC's Policy, Plans, and Operations (PPO) Division Orna Blum and GEC's Resources Division Chief Daniel Gaush initiated a re-evaluation of my current accommodations via DRAD, without my knowledge or consent.
(2) On March 2, 2023, Ms. Blum informed me that I would no longer manage my principal contractor, Kayla Keener.
(3) To date, my supervisory chain has not established my performance goals (PGs) for calendar year 2023.
(4) On May 9, 2023, GEC Deputy Coordinator Leah Bray notified me that, after the expiration of my Remote Work Agreement, I had to return to Washington, DC.
(5) On or about May 9, 2023, Ms. Bray instructed that I would not be able to continue my flexible work schedule, which had been approved since on or about January 8, 2020.
(6) Since at least May 9, 2023, the Agency has failed to accommodate my disabilities.

In her May 9, 2023 email, Ms. Bray acknowledged my need for "flexible work hours to accommodate medical needs" and my June 2022 RWA ("per our agreement in your June 2022 RWA"), which was approved so that I could work remotely from AZ to receive critical treatment for my disabilities at the Mayo Clinic in Scottsdale, AZ. Without continuity of care—specifically, approval for me to receive AHI medical care at Walter Reed's National Military Medical Center, per FY22 and FY23 NDAA regulations—my disabilities prohibit me from returning to DC. The Agency's failure to engage in the interactive process to effectively accommodate me, including its requirement that I return to DC without an established care plan, is a violation of the Rehabilitation Act and its actions are retaliation for my requesting reasonable accommodation of my AHI and TBI, and for filing an EEO complaint.

Regarding Claim 3, I attempted many times to obtain 2023 PGs from my former supervisor and rater Ms. Blum before the March 31, 2023 deadline, but was told no PGs could be generated until we met with my reviewer, Ms. Bray. On April 10, 2023, Ms. Blum sent me draft "Work Commitment Ideas" that she and Ms. Bray had produced without including me in any discussion. Those proposed PGs did not relate to my duties or position and did not meet the requirements of a GS-14-level position. I set up multiple meetings with Ms. Blum and Ms. Bray to discuss my PGs; however, they cancelled every meeting. On July 3, 2023, Ms. Bray sent me official PGs (the responsibilities of the three contractors I used to manage: Ms. Blum directed that Ms. Keener would report to her; my second contractor left; and my third was transitioned out) without explanation of how they align with my portfolio and official roles/responsibilities, and which have not been entered into Performance Next by my new supervisor.

**Box 8:**
I am requesting the following corrective action:

- Place me on a remote detail out of R/GEC;
- Pay compensatory damages for the exacerbation of (and new) physical symptoms secondary to autonomic nervous system dysfunction caused by the hostile work environment and retaliation;
- Restoration of leave;
- Reimburse attorneys' fees and costs; and
- All other relief to which I am entitled.

**United States Department of State**
***Office of Civil Rights***
**Washington, DC 20520**

July 18, 2023

Aaron Szot
ASzot@kcnlaw.com
careyhogg@mac.com

**Re: EEO Case No. DOS-0256-23**
**Carey Hogg**

Dear Aaron Szot:

As the designated representative for Carey Hogg in the above-referenced EEO case, pursuant to 29 C.F.R. § 1614.106(e), this serves to acknowledge that on July 14, 223, the Department of State's Office of Civil Rights received your client's *Formal Complaint of Discrimination* (the terms "you" and "your" below refer to your client, Carey Hogg).

We will review your discrimination complaint for acceptance or dismissal. In accordance with 29 C.F.R. § 1614.106(e)(1), you will have the right to appeal the final action on or dismissal of the complaint. If your complaint is accepted, we are required to conduct an impartial and appropriate investigation within 180 calendar days from your filing of the complaint, unless you and the Department agree in writing to extend the 180-day time period. However, when a complaint has been amended, we shall complete the investigation within the earlier of 180 days after the last amendment or 360 days from your filing of the original formal complaint. Please note that you may request a hearing from an administrative judge with the Equal Employment Opportunity Commission (EEOC) any time after 180 days from your filing of the original formal complaint, via EEOC's Public Portal: https://publicportal.eeoc.gov/Portal/Login.aspx, or by mail or fax to:

Equal Employment Opportunity Commission
Hearing Unit - Washington Field Office
One NoMa Station
131 M St., NE, 4th floor, Suite 4NWO2F
Washington, D.C. 20507-1002
Fax # (202) 419-0739/0740

Once the investigation is completed, you will receive a Report of Investigation (ROI) with notification of further procedural rights. Within 30 calendar days (including weekends and holidays) of your receiving the ROI, you may request an EEOC hearing or a Final Agency Decision (FAD) from the U.S. Department of State. Alternatively, you may file a civil action in U.S. District Court.

If you have any questions, please contact case manager Ardena Brown at BrownAM7@state.gov.

Sincerely,

Formal Team Lead/EEO Specialist
Intake and Resolution Section

cc: Carey Hogg