# EXHIBIT D

**United States Department of State**
***Office of Civil Rights***
**Washington, DC 20520**

January 9, 2024

Aaron Szot
Kalijarvi, Chuzi, Newman & Fitch, P.C.
Attorneys at Law
818 Connecticut Avenue NW, Suite 1000
Washington DC 20006
aszot@kcnlaw.com
***Via email transmittal***

**Re: EEO Case No. DOS-0256-23**
**Carey Hogg**

Dear Aaron Szot:

As the designated attorney for Carey Hogg in the above-referenced EEO case, this is to advise you that upon review of your correspondence received on January 8, 2024, pursuant to 29 C.F.R. § 1614 et seq., the claims captured in your client's complaint have been amended. The following identified allegations will be investigated ("you" and "your" below refer to your client, Ms. Hogg):

## ALL AMENDED AND ACCEPTED ALLEGATIONS

**Because of your disabilities (physical and mental) and reprisal (prior protected activity), you were subjected to discrimination when:**

1. **On March 2, 2023, management removed contractor oversight from your job responsibilities;**
2. **On May 9, 2023, your remote work arrangement—which had previously been granted as an effective reasonable accommodation—expired, and no effective accommodation has been implemented since;**
3. **On July 21, 2023, you received a negative Rater Progress Review Summary;**
4. **On November 17, 2023, management notified you that your leave in a prior pay period would be marked as AWOL; and**

5. **You have been subjected to hostile work environment harassment, characterized by but not limited to the events listed above and —**
   a. **Having management seek to re-evaluate the terms of your approved reasonable accommodation since on/about March 1, 2023; and**
   b. **Having management fail to establish performance goals for the 2023 performance evaluation period that are consistent with the responsibilities of your position.**

Your amended allegations will be forwarded to the investigator for investigation with your pending complaint. Upon completion of the Report of Investigation (ROI), you will be provided a copy of the ROI along with an explanation of your further procedural rights.

Pursuant to 29 C.F.R. § 1614.106(e)(2), your decision to amend your pending complaint with an additional allegation extends the 180-day processing time of your complaint within the earlier of 180 days after the last amendment to the complaint or 360 days after the filing of the original complaint. However, you still have the right to request a hearing from an administrative judge on the complaint any time after 180 days from the date you filed your initial complaint.

If you need information or assistance at any stage of the processing of your complaint, please contact me at phillipsm2@state.gov.

Sincerely,

Maggie Phillips
Formal Team Lead
EEO Specialist

cc: Carey Hogg

**United States Department of State**
***Office of Civil Rights***
**Washington, DC 20520**

September 12, 2023

Aaron Szot
Kalijarvi, Chuzi, Newman & Fitch, P.C.
Attorneys at Law
818 Connecticut Avenue NW, Suite 1000
Washington DC 20006
aszot@kcnlaw.com
***Via email transmittal***

**Re: EEO Case No. DOS-0256-23**
**Carey Hogg**

Dear Aaron Szot:

As the designated attorney for Carey Hogg in the above-referenced EEO case, this is to advise you that upon review of your correspondence received on September 3, 2023, pursuant to 29 C.F.R. § 1614 et seq., the claims captured in your client's complaint have been amended. The following identified allegations will be investigated ("you" and "your" below refer to your client, Ms. Hogg):

## AMENDED ACCEPTED ALLEGATIONS

**Because of your disabilities (physical and mental) and reprisal (prior protected activity), you were discriminated against when:**

1. **The Department failed to provide you a reasonable accommodation, since May 9, 2023, and continuing;**

2. **On July 21, 2023, you received a negative rater progress review summary; and**

3. **You were subjected to a hostile work environment characterized by but not limited to having a reevaluation of your current accommodations initiated without your knowledge or consent, and**

**without the interactive process; being informed that you would no longer manage your contractor; not having performance goals established for 2023; having to return to Washington, DC after the expiration of your Remote Work Agreement; and not being able to continue your flexible work schedule that has been approved since January 2020, as recently at May 9, 2023.**

Your amended allegation will be forwarded to the investigator for investigation with your pending complaint. Upon completion of the Report of Investigation (ROI), you will be provided a copy of the ROI along with an explanation of your further procedural rights.

Pursuant to 29 C.F.R. § 1614.106(e)(2), your decision to amend your pending complaint with an additional allegation extends the 180-day processing time of your complaint within the earlier of 180 days after the last amendment to the complaint or 360 days after the filing of the original complaint. However, you still have the right to request a hearing from an administrative judge on the complaint any time after 180 days from the date you filed your initial complaint.

If you need information or assistance at any stage of the processing of your complaint, please contact me at BrownAM7@state.gov.

Sincerely,

Ardena Brown
EEO Specialist

cc: Carey Hogg

# FAX COVER SHEET

**To:** SOCR State

**From:** Aaron Szot

**Company:**

**Date:** 09/03/23 10:37:49 AM

**Fax Number:** 2026474969

**Pages (Including cover):** 2

**Re:** Complaint Amendment, EEO Case No. DOS-0256-23 - Hogg, Carey

**Notes:**

To Whom It May Concern:

I am writing on behalf of our client, Carey Hogg, to amend her above-referenced EEO complaint to include the following claim:

Because of my disabilities (physical and mental) and reprisal (prior protected activity), I was discriminated against when:

3. On July 21, 2023, I received a negative Rater Progress Review Summary.

This claim is like or related to those raised in Ms. Hogg's pending complaint. Accordingly, her complaint should be amended to include this recent personnel action.

Sincerely,

*Aaron H. Szot*

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system Thank you in advance for your cooperation.

**United States Department of State**
***Office of Civil Rights***
**Washington, DC 20520**

August 23, 2023

Aaron Szot
Kalijarvi, Chuzi, Newman & Fitch, P.C.
Attorneys at Law
818 Connecticut Avenue NW, Suite 1000
Washington DC 20006
aszot@kcnlaw.com
***Via email transmittal***

**Re: EEO Case No. DOS-0256-23**
**Carey Hogg**

Dear Aaron Szot:

As the designated representative for Carey Hogg, this is to advise you that, pursuant to 29 C.F.R. § 1614 *et seq.*, the above-referenced complaint of discrimination has been accepted for further processing. Based on a review of your client's formal complaint of discrimination and the EEO Counselor's Report, we have identified the following specific allegations for investigation (the terms "you" and "your" below refer to your client):

**ACCEPTED ALLEGATIONS**

**Because of your disabilities (physical and mental) and reprisal (prior protected activity), you were discriminated against when:**

1. **The Department failed to provide you a reasonable accommodation, since May 9, 2023 and continuing; and**

2. **You were subjected to a hostile work environment characterized by but not limited to having a reevaluation of your current accommodations initiated without your knowledge or consent, and without the interactive process; being informed that you would no longer manage your contractor; not having performance goals established for 2023; having to return to Washington, DC after the**

**expiration of your Remote Work Agreement; and not being able to continue your flexible work schedule that has been approved since January 2020, as recently at May 9, 2023.**

Please be advised that the goal of well-drafted allegations is to be broad enough to give the investigator latitude during the course of the investigation, rather than give very narrow alleged incidents of discrimination for investigation. You will have the opportunity to discuss specific examples of the hostile work environment with the EEO investigator assigned to your case. Again, specific examples, including those enumerated in your formal complaint, will be investigated within the penumbra of the hostile work environment allegation.

The Equal Employment Opportunity Commission (EEOC) has established instructions for conducting investigations. See 29 C.F.R. § 1614.108. The purpose of the investigation is to develop a complete and impartial factual record upon which to make a finding on the allegation identified above. For this reason, it is essential that you notify this office in writing within 5 calendar days from receipt of this letter if you believe this statement does not correctly identify the circumstances surrounding your complaint of discrimination. Please state in your communication the specific reason(s) why you believe the issues have not been properly articulated. You may propose an alternative formulation. If we have received nothing in writing from you within the allotted timeframe, we will proceed with an investigation consistent with the line of inquiry proposed above.

The following stipulations apply to the conduct of your investigation, both to you as the Complainant and to U.S. Government (USG) employees who may be asked to provide information during the investigation:

- People whom the investigator contacts seeking information and/or documents shall produce such evidence within the timeframe provided for response;

- Statements for inclusion in the investigative record shall be provided under oath or affirmation or, alternatively, by written statement under penalty of perjury;

- Failure to provide all documentary or testimonial evidence requested by the authorized investigator within the timeframe provided for response, without good cause shown, may subject the Complainant or the USG employee in question to disciplinary or other action as may be warranted, and shall result in a notation in the investigative record of the circumstances of the failure.

Consistent with 29 C.F.R. § 1614.108(f), the Department shall complete its investigation within 180 days from the date of filing of the complaint. If the complaint has been amended, the Department shall complete its investigation within the earlier of 180 days after the last amendment or 360 days after the filing of the original complaint within the time period contained in an order from the Office of Federal Operations (OFO) on an appeal from a dismissal pursuant to § 1614.107. By written agreement, the Department and you may voluntarily extend the time period for not more than an additional 90 days. The Department may unilaterally extend the time period for not more than 30 days where it must sanitize a complaint file that may contain information classified pursuant to Executive Order No. 12958 or successor orders, provided this office notifies you of the extension in writing.

Within 180 days from the filing of the complaint or within the time period contained in an order from OFO if applicable, subject to any valid extensions, the Department shall provide you with a copy of the investigative file via electronic mail. At that time, we will notify you that, within 30 days of receipt of that file, you have the right to request a hearing and decision before an administrative judge or you may receive a final agency decision issued pursuant to 29 C.F.R. § 1614.110 from the Department of State. In the absence of the required notice, you may request a hearing at any time after the 180 days have elapsed from the date of filing the complaint. Alternatively, you may elect to file a civil action in United States District Court at any time after 180 days have elapsed from the date of filing the complaint.

Please keep this office timely informed of your current address and telephone number(s) so that any correspondence we may wish to send you will not be delayed. Your failure to do so could result in a recommendation to cancel your complaint.

I have been assigned as your Case Manager and will personally oversee the investigation of your complaint. If you need information or assistance at any stage of the processing of your complaint, please contact me at BrownAM7@state.gov.

Sincerely,

Ardena Brown
EEO Specialist

cc: Carey Hogg

## ***ATTENTION: YOUR IMMEDIATE RESPONSE IS REQUIRED***

Please carefully review the attached notification and follow the below instructions for acknowledging your receipt of the information:

***If you received this notice from the Office of Civil Rights (S/OCR)***:

- Provide signed acknowledgment page to SOCRComplaintChannel@state.gov within 10 days of your receipt.

***If you received this notice with an affidavit request from an EEO Investigator***:

- Provide signed acknowledgment page with your affidavit to the EEO Investigator by the affidavit due date, *and*

- Provide signed acknowledgment page to SOCRComplaintChannel@state.gov within 10 days of your receipt, if you have not already done so.