# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Carey Hogg,<br><br>Plaintiff,<br><br>v.<br><br>Department of State<br>Marco Rubio, Secretary<br><br>Defendant | Civil Action No. 25-CV-01925-RC<br><br>Date: February 2, 2026 |

**DECLARATION OF ERICA SOLLOSO**

I, Erica Solloso, declare as follows:

1. I am employed by the United States Department of State ("Agency").

2. I am the Chief of EEO Adjudication, Resolution & Compliance in the Department of State's Office of Civil Rights ("S/OCR"). I have served in this position since October 2018.

3. S/OCR is responsible for, among other things, processing all formal and informal Equal Employment Opportunity ("EEO") complaints brought against the Agency.

4. S/OCR is also the office at the Department of State that keeps official records of formal and informal EEO complaints. Such records are stored in a shared drive and in a database called entellitrak.

5. As the Chief in S/OCR who oversees the processing of EEO complaints, I have access to S/OCR's records, including the shared drive and database where formal and informal EEO complaints are stored.

6. I have searched these records for any complaint submitted by Carey Hogg. The following complaints were found:

   a. Informal:

      i. DOS-0239-17, informal case initiated in May 2017.

      ii. DOS-0360-18, informal case initiated in June 2018.

b. Formal:

   i. DOS-256-23, informal case initiated in April 2023 and formal complaint filed in July 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2026.

Erica Solloso
U.S. Department of State