**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAREY HOGG | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-01925 (RC) |
| | * | |
| DEPARTMENT OF STATE, <u>et al.</u> | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * *

**<u>DECLARATION OF CAREY HOGG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

I, Carey Hogg, hereby declare as follows:

1. I am the Plaintiff in this matter.

2. I have personal knowledge of the facts and events stated herein and could competently testify thereto.

3. On March 18, 2025, I received a "Final Decision" report from the State Department based on my EEO case. As part of that decision, the EEO and State Department discussed my my AWOL status which took place from the end of 2023 into January 2024 and the State Department's requirement that I move to Washington D.C. therafter. Attached hereto as **Exhibit A** is a true and correct copy of said report.

4. In May 2025, I attended a medical appointment and learned that I no longer had health insurance. After, I inquired with the State Department and received the "Notification of Personnel Action", which states that my termination was effective on February 4, 2025. Attached hereto as **Exhibit B** is a true and correct copy of said notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April 2026 in Fountain Hills, Arizona.

Carey Hogg, declarant