# EXHIBIT B

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HOGG,CAREY L | [redacted] | 01-24-1983 | 02-04-2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code: 330 | 5-B. Nature of Action: REMOVAL | 6-A. Code: | 6-B. Nature of Action: |
| 5-C. Code: V6J | 5-D. Legal Authority: 5 U.S.C. 75 Post-appt. Adverse action-post appt | 6-C. Code: | 6-D. Legal Authority: |
| 5-E. Code: | 5-F. Legal Authority: | 6-E. Code: | 6-F. Legal Authority: |

7. FROM: Position Title and Number: FOREIGN AFFAIRS OFFICER — PD: S11272 Position: S1127200

15. TO: Position Title and Number:

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 00130 | 14 | 04 | $156,737.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $117,020.00 | $39,717.00 | $156,737.00 | $0.00 |

14. Name and Location of Position's Organization: 011414

COUNTER FOREIGN INFORMATION MANIPULATION
UNDER SEC FOR PUBLIC DIPLOMACY AND PUBLI
OFFICE OF THE SECRETARY

22. Name and Location of Position's Organization:

## EMPLOYEE DATA

| Item | Value |
|---|---|
| 23. Veterans Preference | 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%) |
| 24. Tenure | 1 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite) |
| 25. Agency Use | 21 |
| 26. Veterans Preference for RIF | YES [ ] NO [X] |
| 27. FEGLI | C0 Basic Only |
| 28. Annuitant Indicator | 9 - Not Applicable |
| 29. Pay Rate Determinant | 0 |
| 30. Retirement Plan | KR - FERS RAE and FICA |
| 31. Service Comp. Date (Leave) | 04-07-2013 |
| 32. Work Schedule | F Full Time |
| 33. Part-Time Hours Per Biweekly Pay Period | |

## POSITION DATA

| Item | Value |
|---|---|
| 34. Position Occupied | 1 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved) |
| 35. FLSA Category | E (E - Exempt; N - Nonexempt) |
| 36. Appropriation Code | Object Code: 1111 |
| 37. Bargaining Unit Status | 3536 |
| 38. Duty Station Code | 110000001 |
| 39. Duty Station (City - County - State or Overseas Location) | DISTRICT OF COLUMBIA, DISTRICT |
| 40. DOS | 06-JUN-2021 |
| 41. WGI Due | 24-JAN-2027 |
| 42. Prev Shift | |
| 43. HR Processor | ECAPERTT |
| 44. | EMPLID 163894 |

45. Remarks

- FORWARDING ADDRESS: 15675 EAST TREVINO DR. FOUNTAIN HILLS, AZ 85268
- LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
- AGENCY FINDING: TERMINATED AFTER RECEIVING WRITTEN NOTICE ON 02-18-25 OF DECISION TO SEPARATE FOR FAILURE TO REPORT FOR DUTY AND AWOL.
- HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO 18 MONTHS.
- SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | Electronically signed by: CATHERINE RODRIGUEZ, SENIOR BUREAU OFFICIAL |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| ST00 | 2951 | 02-04-2025 |

TURN OVER FOR IMPORTANT INFORMATION
1-Employee Copy - Keep for Future Reference
Editions Prior to 7/91 Are Not Usable After 6/30/93