**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAREY HOGG | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-01925 (RC) |
| | * | |
| DEPARTMENT OF STATE, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

The Court, having considered all papers filed related to Defendants' Motion to Dismiss Plaintiff's Complaint, and oral argument (if any), it is hereby, ORDERED, that Defendants' Motion is Denied.

SO ORDERED this ___ day of April 2026.

_______________________________
Rudolph Contreras
U.S. District Judge